PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Teresa Webb  Cr.: 13-00063-001
 PACTS #: 64882

Name of Sentencing Judicial Officer:  THE HONORABLE KEVIN MCNULTY
 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2013

Original Offense:  Count 1: Bank Robbery By Force Or Violence, 18:2113A.F

Original Sentence: 54 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release  Date Supervision Commenced: 06/12/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Offender was ordered to make monthly restitution payments of atleast $50. Ms. Webb has been sporadic in her payments due to limited income and housing issues. She is now employed full-time. |

U.S. Probation Officer Action:
Offender was admonished and instructed to make regular monthly payments

Respectfully submitted,
By: Kevin Villa
Senior U.S. Probation Officer
Date: 01/03/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/3/2019
_____
Date