PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Teresa Webb                                         Cr.: 13-00063-001
                                                                      PACTS #: 64882

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2013

Original Offense:   Count One: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d)

Original Sentence: 54 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Mental Health Treatment, No New Debt Restrictions

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/12/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | The offender made one payment thus far in 2020 in the amount of $50. Webb was ordered to make monthly payments of $50 at sentencing. Since the commencement of supervision on June 12, 2017, the offender has only paid $827 towards her restitution. |

U.S. Probation Officer Action:

The United States Probation Office is not requesting Court intervention at this time. The undersigned has counseled Webb regarding the lack of payments and conducted a financial investigation regarding her ability to pay. Webb is currently unemployed with no assets and limited income. A more modest payment of $25 per month will allow the offender to remain in compliance with her financial obligation while she continues to look for employment. Webb understands that the amount may be increased once employment is secured. The United States Probation Office will continue to monitor the offender's payments and advise the Court of any further noncompliance.

Prob 12A – page 2
Teresa Webb

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*
By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien   September 22, 2020*
SHARON O'BRIEN                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/a/ Kevin McNulty, USDJ
Signature of Judicial Officer

October 13, 2020
Date