PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Teresa Webb                Cr.: 13-00063-001
                                                                 PACTS #: 64882

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/30/2013

Original Offense:   Count One: Armed Bank Robbery 18 U.S.C. §§ 2113(a) & (d), a Class B Felony

Original Sentence: 54 months imprisonment, 60 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Mental Health Treatment, New Debt Restrictions, Special Assessment, Restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/12/2017

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | Ms. Webb violated the following condition(s) of supervised release:

**"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

On April 14th, 2022, Ms. Webb tested positive for cocaine and methadone.

U.S. Probation Officer Action:
One April 14, 2022, during a home visit, Ms. Webb submitted a urinalysis which tested positive for cocaine and methadone. She denied the use of any drugs and was verbally reprimanded for testing positive. The consequences for continued illegal drug use were discussed, along with pro-social alternatives. The specimen was forwarded to our contracted lab for confirmation. The lab confirmed positive results for Benzoylecgonine (metabolite of cocaine). The U.S. Probation Office will continue to monitor Ms. Webb with drug testing and will notify the Court of any additional non-compliance. We are respectfully requesting no Court action be taken against Ms. Webb and allow this notice to serve as a written reprimand from the Court.

Prob 12A – page 2
Teresa Webb

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Donovan K. Hammond*

By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Elisa Martinez/lr*     6/3/2022
ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

6/3/2022
Date